FILED

2018 MAY 25  PM 12: 34

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ARILYN JAMES,

    Plaintiff,

vs.

BARCLAYS BANK DELAWARE,

    Defendant.
_____/

Civil Action No.: 3:18 CV 687-J-39JBT

[Removal from the Circuit Court of the 4th Judicial Circuit in and for Duval County, Florida, Case No. 16-2018-CA-000291-XXX-MA]

NOTICE TO PLAINTIFF OF REMOVAL TO FEDERAL COURT

## NOTICE OF REMOVAL

Defendant, Barclays Bank Delaware ("Barclays" or "Defendant"), by and through undersigned counsel, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby notices removal of the state-court civil action known as *Arilyn James v. Barclays Bank* Delaware, from the Circuit Court of the 4th Judicial Circuit in and for Duval County, Florida, to the United States District Court for the Middle District of Florida, and in support thereof Defendant state as follows:

1. On or about May 9, 2018, Plaintiff, Arilyn James ("James" or "Plaintiff") served the Complaint on Barclays in the Circuit Court of the 4th Judicial Circuit in and for Duval County, Florida (the "State Court"). A true and correct copy of the Complaint is attached hereto as **Exhibit 1**.

2. Except for the notice filed with respect to this Notice of Removal, as of the date of this filing, no pleadings, motions or papers have been filed with the State Court in this action.

3. As set forth more fully below, this case is properly removed to this Court pursuant to 28 U.S.C. § 1441 because Defendant has satisfied the procedural requirements for removal and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331.

## GROUNDS FOR REMOVAL

**I.  Defendant Has Satisfied The Procedural Requirements For Removal.**

4.  Barclays was served with the Complaint on or about May 9, 2018. Therefore, this Notice of Removal is timely filed under 28 U.S.C. § 1446(b) because Barclays is filing its Notice of Removal within thirty (30) days of its receipt of the initial pleading setting forth the claim for relief upon which such action is based.

5.  This Court is the proper division because it embraces the County of Duval, Florida, where James' action is pending. *See* 28 U.S.C. §§ 1441 and 1446(a).

6.  No previous request has been made for the relief requested herein.

7.  Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal, together with all Exhibits, is being served on James, and a copy is being filed with the State Court Clerk. A copy of the State Court Notice of Filing of Notice of Removal, without its exhibits, is attached hereto as **Exhibit 2**.

**II.  Removal Is Proper Because This Court Has Subject Matter Jurisdiction.**

8.  United States District Courts are vested with jurisdiction to consider cases or controversies "arising under" the laws of the United States of America. *See* 28 U.S.C. § 1331.

9.  Removal of such cases is governed by 28 U.S.C. § 1441(a). Section 1441(a) provides that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." *See* 28 U.S.C. § 1441(a).

10. Here, James' Complaint purports to assert a claim against Barclays for alleged violations of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 *et. seq.* Complaint ¶¶ 1, 54-61.

11. James' Complaint alleges violation of a federal statute—the TCPA—and consequently his claims "arise[] under" the laws of the United States. *See* 28 U.S.C. § 1331. Therefore, this Court may properly exercise jurisdiction over James' claims.

12. To the extent that any other claims in this action may arise under state law, supplemental jurisdiction over such claims exists pursuant to 28 U.S.C. § 1367.

13. Defendant Barclays Bank Delaware through their counsel consent to the removal of the cause to this Court.

14. Given that the requirements for federal question jurisdiction are satisfied, this case is properly removed.

WHEREFORE, Defendant Barclays Bank Delaware, by counsel, respectfully requests that the above-referenced action, originally filed in the Circuit Court of the 4th Judicial Circuit in and for Duval County, Florida, be removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446, and Barclays requests that this Court retain jurisdiction for all further proceedings in this matter.

DATED: May 23, 2018

                Respectfully submitted,

                */s/ Brandon White*
                Brandon T. White, Esq.
                Florida Bar No. 106792
                Email: bwhite@reedsmith.com
                **REED SMITH LLP**
                1001 Brickell Bay Drive, 9th Floor
                Miami, FL 33131
                Telephone: (786) 747-0222
                Facsimile: (786) 747-0299
                *Attorneys for Barclays Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of May, 2018, a true and correct copy of the foregoing was served via first-class U.S. Mail, postage prepaid, upon the following:

William C. Handle, Esq.
Fla. Bar No. 1002425
Todd M. Davis, Esq.
Fla. Bar No. 58470
Davis Law Firm
Bank of America Tower
50 N. Laura Street
Suite 2500
Jacksonville, FL 32202
WH@DavisPLLC.com
TD@DavisPLLC.com

/s/ *Brandon T. White*
Brandon T. White, Esq.