UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ARILYN JAMES,

        Plaintiff,

v.                                            CASE NO: 3:18-cv-00687-BJD-JBT

BARCLAYS BANK DELAWARE,

        Defendant.

_____/

**NOTICE OF PENDING SETTLEMENT**

      Plaintiff, ARILYN JAMES ("Ms. James"), pursuant to M.D. Fla. Local Rule 3.08, notifies the Court that the parties have reached a settlement in this case and are currently finalizing the settlement documents.  Once complete, the settlement should resolve all issues in this action.  The parties will file the requisite dismissal documents when settlement is complete.

                                                          Respectfully Submitted,

                                                          **DAVIS LAW FIRM**

                                                          */s/ Ariel R. Spires*
                                                          **TODD M. DAVIS, ESQ.**
                                                          FL BAR NO. 58470
                                                          TD@DavisPLLC.com
                                                          **ARIEL R. SPIRES, ESQ.**
                                                          FL BAR NO. 0124523
                                                          aspires@DavisPLLC.com
                                                          Bank of America Tower
                                                          50 N. Laura Street
                                                          Suite 2500
                                                          Jacksonville, FL 32202
                                                          904-400-1429 (T)
                                                          904-638-8800 (F)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 20, 2018, I E-filed this document using the CM/ECF system.  I further certify that I am not aware of any non-CM/ECF participants.

*/s/ Ariel R. Spires*
**ARIEL R. SPIRES, ESQ.**
