UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**ARILYN JAMES,**

    **Plaintiff,**

v.                        Case No. 3:18-cv-687-J-39JBT

**BARCLAYS BANK DELAWARE,**

    **Defendant.**
_____/

### ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal with Prejudice (Doc. No. 8; Stipulation) filed on August 15, 2018. In the Stipulation, the parties indicate their agreement to dismissal of this case with prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

1. This case is **DISMISSED with prejudice.**

2. Each party shall bear its own costs and fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 16th day of August, 2018.

_____
BRIAN J. DAVIS
United States District Judge

**Copies to:**

Counsel of Record

*ap*